# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

#### EXHIBIT AND WITNESS LIST

**United States v. Jermayne Whyte and Jennifer Castro**     CASE NUMBER: **16-60050-CR-DIMITROULEAS(s)**

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Hon. William Dimitrouleas | Francis Viamontes & Jodi Anton | Russell Williams and Jonathan Friedman, *Daniel Granne* |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/21/2017, 8/22 8/23 8/24 8/25 | Francine *Salucck* | *Donna; Karen Carlton De Argelis* |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMIT TED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/21 | | ✓ | A.E.'s Birth Certificate |
| 2 | | 8/22 | | ✓ | Ecuadorian Passport |
| 3 | | " | | ✓ | Photo of preschool |
| 4 | | " | | | Photo of Defendants' housing complex |
| 5 | | " | | ✓ | Photo of Exterior of Defendants' townhouse |
| 6 | | " | | ✓ | Photo of A.E.'s Arm |
| 7 | | " | | ✓ | Photo of A.E.'s Back |
| 8 | | 8/22 | | ✓ | Photo of prescription |
| 9 | | 8/22 | | ✓ | Prescription for Metronidazole taken from Defendants' bedroom |
| 10 | | 8/22 | | ✓ | Photo of Defendants' bedroom with exotic dancing pole |
| 11 | | 8/23 | | ✓ | Backpage.com Records |
| 12 | | 8/23 | | ✓ | Thorn Records |
| 13 | | " | | ✓ | Photo of A.E. on Couch |
| 14 | | " | | ✓ | Photo of Couch in living room |
| 15 | | " | | ✓ | Photo of bedspread |
| 16 a | | 8/21 8/23 | | ✓ | Letter sent to Jermayne Whyte with picture of A.E., Castro and dinner table inside |
| 17 | | 8/22 | | ✓ | Photo of Extended Stay |
| 18 | | 8/22 | | | License bearing the name Jasen Baker |
| 19 | | | | | License bearing name Crystal Garcia |
| 20 | | 8/23 | | ✓ | Invoice for Avis Grey Nissan Rental Car |
| 21 | | 8/24 | | ✓ | T-Mobile Records |
| 22 | | 8/23 | | | Samsung phone |
| 23 | | " | | ✓ | Samsung phone extraction |
| 24 | | " | | ✓ | Summary chart of Samsung |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| United States vs. Jermayne Whyte and Jennifer Castro | | | | | 16-60050-CR-DIMITROULEAS(s) |

| USA NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 8/23 | | ✓ | Photo of Samsung in Defendants' bedroom |
| 26 | | 8/22 8/24 | | | LG phone |
| 27 | | 8/24 | | | LG phone extraction |
| 28 | | 8/22 | | ✓ | Summary text messages between A.E. and Whyte |
| 29 | | 8/22 | | ✓ | Summary text messages between A.E. and Castro |
| 30 | | " | | ✓ | PLAYHOUSE Business record |
| 31 | | | | | Jail Call Business Records Certification |
| 32 | | 8/23 | | ✓ | Jail Call on 4/23/16 @ 08:47 |
| 33 | | 8/23 | | | Transcript of Jail Call on 4/23/16 @ 08:47 |
| 34 | | " | | ✓ | Jail Call on 4/23/16 @ 10:48 |
| 35 | | | | | Transcript of Jail Call on 4/23/16 @ 10:48 |
| 36 | | 4/23 | | ✓ | Jail Call on 4/23/16 @ 10:55 |
| 37 | | | | | Transcript of Jail Call on 4/23/16 @ 10:55 |
| 38 | | 8/24 | | ✓ | Jail Call on 4/23/16 @ 11:26 |
| 39 | | | | | Transcript of Jail Call on 4/23/16 @ 11:26 |
| 40 | | 8/22 | | | Jail Call on 4/23/16 @ 18:04 |
| 41 | | 8/22 | | | Transcript of Jail Call on 4/23/16 @ 18:04 |
| 42 | | | | | Jail Call on 5/18/16 @ 13:32 |
| 43 | | | | | Transcript of Jail Call on 5/18/16 @ 13:32 |
| 44 | | 8/24 | | ✓ | Jail Call on 5/20/16 @ 19:56 |
| 45 | | | | | Transcript of Jail Call on 5/20/16 @ 19:56 |
| 46 | | 8/23 | | | Jail Call on 5/21/16 @ 18:09 |
| 47 | | | | | Transcript of Jail Call on 5/21/16 @ 18:09 |
| 48 | | 8/24 | | ✓ | Jail Call on 5/23/2016 @19:43 |
| 49 | | | | | Transcript of Jail Call on 5/23/2016 @19:43 |
| 50 | | 8/24 | | ✓ | Comcast Business Records |
| 51 | | 4/24 | | ✓ | Cell mapping |
| 52 | | 8/23 | | ✓ | Jennifer Castro's Passport Wallet with passports and identifications |
| 53 | | 8/22 | | ✓ | Adidas duffle bags in closet |
| 54 | | 8/24 | | ✓ | Castro's Miranda Rights Waiver Form |

| | | | | | |
|---|---|---|---|---|---|
| 55 | | 8/24 | | ✓ | Castro's Video Recorded Statement |
| 56 | | 8/22 | | ✓ | Photo of clothes from Adidas bag |
| 57 | | | | | Certified Copy of A.E.'s Judgment dismissing Violation of Probation |
| 58 | | 8/22 | | ✓ | Photo of A.E. |
| 59 | | 8/24 | | ✓ | Extended Stay Records |
| 60 | | 8/23 | | ✓ | Cail 30 |
| 61 | | 8/23 | | ✓ | Call 63 |
| W-2 | | | | 8/22 | A.E. (a minor) |
| W-1 | | | | 8/21 | R.E. (Victim's father) |
| | | | | | Ronald Faircloth, Forensic Examiner, BSO |
| W-3 | | | | 8/23 | Nicholas Masters, BSO |
| | | | | | Jeffrey Etter, Forensic Examiner, FBI |
| W-4 | | 8/24 | | | Sgt. William Cunneen, BSO |
| W-5 | | 8/24 | | | Roy Van Brunt, FBI |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |
|---|---|---|

USA

v.

JERMAYNE WHYTE

## EXHIBIT AND WITNESS LIST

Case Number:  16-60350-CR-

| PRESIDING JUDGE DIMITROULEAS | PLAINTIFF'S ATTORNEY FRANCIS VIAMONTES | DEFENDANT'S ATTORNEY RUSSELL J. WILLIAMS |
|---|---|---|
| TRIAL DATE (S) AUGUST 21, 2017, 8/22, 8/23 | COURT REPORTER Fran Salopne | COURTROOM DEPUTY Karen Carlton & Angelos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/23 |  | ✓ | A.E. INSTAGRAM EXTRACTION |
|  | 2 |  |  |  | L.G. PHONE EXTRACTION |
|  | 3 |  |  |  | JAIL CALL BUSINESS RECORD CERTIFICATION |
|  | 4 |  |  |  | JAIL CALL #26 |
|  | 5 |  |  |  | JAIL CALL # 30 |
|  | 6 |  |  |  | JAIL CALL # 36 |
|  | 7 |  |  |  | JAIL CALL # 37 |
|  | 8 |  |  |  | JAIL CALL #44 |
|  | 9 | 8/22 |  | ✓ | JAIL CALL # 55 |
|  | 10 |  |  |  | JAIL CALL #57 |
|  | 11 |  |  |  | JAIL CALL # 59 |
|  | 12 |  |  |  | JAIL CALL # 69 |
|  | 13 |  |  |  | JAIL CALL # 75 |
|  | 14 |  |  |  | JAIL CALL # 81 |
|  | 15 | 8/23 |  | ✓ | JAIL CALL # 84 |
|  | 16 |  |  |  | JAIL CALL # 88 |
|  | 17 |  |  |  | JAIL CALL # 92 |
|  | 18 |  |  |  | JAIL CALL # 94 |
|  | 19 |  |  |  | JAIL CALL # 95 |
|  | 20 |  |  |  | JAIL CALL # 97 |
|  | 21 |  |  |  | JAIL CALL # 98 |
|  | 22 |  |  |  | JAIL CALL # 102 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

*⅒AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF                    FLORIDA

USA

V.

JERMAYNE WHYTE

## EXHIBIT AND WITNESS LIST

Case Number:  16-60350-CR-

| PRESIDING JUDGE DIMITROULEAS | | PLAINTIFF'S ATTORNEY FRANCIS VIAMONTES | | | DEFENDANT'S ATTORNEY RUSSELL J. WILLIAMS |
|---|---|---|---|---|---|
| TRIAL DATE (S) AUGUST 21, 2017 | | COURT REPORTER | | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 22 | | | | JAIL CALL # 103 |
| | 23 | 8\23 | | ✓ | JAIL CALL # 112 |
| | 24 | | | | JAIL CALL # 173 |
| | 25 | | | | A.E. SNAPCHAT EXTRACTION |
| | 26 | 8\22 | | ✓ | MISCELLANEOUS PHOTOGRAPHS *POST 3* FROM LG PHONE EXTRACTION |
| | 27 | 8\21 | | ✓ | MISCELLANEOUS PHOTOGRAPHS FROM A.E. INSTAGRAM ACCOUNT |
| | 28 | | | | A.E. PLEAS FORM -15-077 JUNE 22, 2015 |
| | 29 | | | | A.E. PLEA FORM 15-152 JUNE 22, 2015   *i mail - unaccepted* |
| | 30 | 8\24 | | ✓ | L.G. PHONE WEB HISTORY EXTRACTION |
| | 31 | | | | EXTENDED STAY PORTFOLIO |
| 32 | | 8\23 | 8\24 | ✓ | *aol -e-mail - 4\1\16 - Sexy LATINA* |
| 33 | | 8\23 | | ✓ | *very attractive ad* |
| 34 | | 8\23 | | ✓ | ~~RONALD EVANS~~ *Kali - Rocky O aol* |
| 35 | | 8\24 | | ✓ | ~~A.E.~~ *Aubrey Thomas d.l.* |
| 36 | | 8\24 | | ✓ | *Backpage ad - Sexy Sweet alize* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.