UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA
　　Plaintiff(s)

Case No. 16-60350

vs.

Jermayne White & Jenman Castro
　　Defendant(s)

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(

☐ Guns, jewelry, currency, drugs, explosives
　　Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
　　Item Nos. _____

☐ Stored by Records Section in:　☐ Miami　☐ Ft. Lauderdale　☐ West Palm Beach
　　Item Nos. _____

☒ Other (Explain): Government Exhibit 9, 52, 2

☐ Attachments
　　(Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: _____
AGENCY OF FIRM: US Attorney's Office
ADDRESS: FTL
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED
BY: _____ (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
　　Courtroom Deputy
　　Counsel of Record